# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

**08-337**
**consolidated with 08-336**


**JUSTISS OIL COMPANY, INC.**

**VERSUS**

**LEON HANSON**


**CONSOLIDATED WITH**


**LEON HANSON**

**VERSUS**

**HEIRS AND SUCCESSORS
OF JOHN D. WEBSTER, ET AL.**


**\*\*\*\*\*\*\*\*\*\*\*\***


**APPEAL FROM THE
TWENTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF LASALLE, NO. 29,791 C/W 31,064
HONORABLE J. P. MAUFFRAY, JR., DISTRICT JUDGE**


**\*\*\*\*\*\*\*\*\*\*\*\***


**JAMES T. GENOVESE
JUDGE**


**\*\*\*\*\*\*\*\*\*\*\*\***


Court composed of Jimmie C. Peters, Elizabeth A. Pickett, and James T. Genovese, Judges.


**AFFIRMED**.

**Anthony P. Lewis**
**307 St. Philip Street**
**Thibodaux, Louisiana 70301**
**(985) 448-3612**
**COUNSEL FOR DEFENDANT/APPELLANT:**
**Herbert McCoy in his capacity as**
**Administrator of The Successions of**
**John D. Webster and Isabel Curry Webster**

**R. Joseph Wilson**
**Post Office Box 1346**
**Jena, Louisiana 71342**
**(318) 992-2104**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
**Justiss Oil Company, Inc.**

**Lloyd E. Hennigan, Jr.**
**Post Office Box 1970**
**Jena, Louisiana 71342**
**(318) 992-4105**
**COUNSEL FOR APPELLEE:**
**Leon Hanson**

**Dianne Hill**
**130 DeSiard Street, Ste. 501**
**Monroe, Louisiana 71201**
**(318) 325-6398**
**COUNSEL FOR APPELLEE:**
**Matthew Holland Jr., Heir**

**GENOVESE, JUDGE.**

For the reasons assigned in the companion and consolidated case of *Justiss Oil Company, Inc. v. Leon Hanson*, 08-336 (La. App. 3 Cir. _/_/08), ---So.2d ---, the judgment of the trial court granting summary judgment in favor of Justiss Oil Company, Inc. is affirmed. Costs are assessed against the Successions of John D. Webster and Isabel Curry Webster through its administrator, Herbert McCoy.

**AFFIRMED.**